

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00685-CV

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellant

v.

Julian **CALDERAS** Jr. and Erika Calderas,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04330
Honorable Renée Yanta, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against Appellant Flagship Homes, Ltd. *See* TEX. R. APP. P. 43.4.

SIGNED November 18, 2015.

_____
Patricia O. Alvarez, Justice